CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Marco Gonzalez-Hernandez**<br>YOB: 1988; Citizen of Honduras | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-04824MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 6, 2020, at or near Sasabe, in the District of Arizona, **Marco Gonzalez-Hernandez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Phoenix, Arizona on February 20, 2019, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Marco Gonzalez-Hernandez** is a citizen of Honduras. On February 20, 2019, **Marco Gonzalez-Hernandez** was lawfully denied admission, excluded, deported and removed from the United States through Phoenix, Arizona. On August 6, 2020, agents found **Marco Gonzalez-Hernandez** in the United States at or near Sasabe, Arizona, without the proper immigration documents. **Marco Gonzalez-Hernandez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>LMG2/AJC<br>AUTHORIZED AUSA /s/Liza Granoff<br>Digitally signed by LIZA GRANOFF<br>Date: 2020.08.07 09:45:58 -07'00' | SIGNATURE OF COMPLAINANT (official title)<br>ANDREW J CARPENTER  Digitally signed by ANDREW J CARPENTER  Date: 2020.08.07 10:02:13 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>/s/ Maria S. Aguilera | DATE<br>August 7, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54